**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alfonso Mendoza TRUJILLO, Defendant–Appellant.**

**No. 14–10285.**

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2015.*

Filed July 28, 2015.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Harriette P. Levitt, Tucson, AZ, for Defendant–Appellant.

Alfonso Mendoza Trujillo, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM ***

Alfonso Mendoza Trujillo appeals from the district court's judgment and challenges his guilty-plea conviction and 51–month sentence for reentry after deporta-

*** This disposition is not appropriate for publication and is not precedent except as provid-

tion, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendoza Trujillo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mendoza Trujillo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Mendoza Trujillo waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.